UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,

    Plaintiff,

vs.

CASE NO.  3:22-CV-01072-TJC-JBT

C.C. BORDEN CONSTRUCTION, INC., DUVAL GLASS & MIRROR, INC., MELISSA PERRY, DENNIS LASHBROOK, ELIZABETH CONRAD, INA FITZPATRICK, JANET COWAN, LAINIE RITTENOUR, MADELEINE MILNE, LAURA PAZARENA, MARILENN PUNSALAN, SHANNON SANDBERG and MICHELE BAGNOLI,

    Defendants.

_____/

## NOTICE PURSUANT TO LOCAL RULE 3.09(A)

Plaintiff, ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, ("Allied"), pursuant to Local Rule 3.09(a), notifies the Court that a resolution has been reached regarding the entirety of this matter, which will result in a dismissal of both this coverage matter and the underlying liability action.

Allied, therefore, respectfully notifies that the Court that it will file a dismissal of this action within 30 days, or will notify the Court on or before that date if additional time is needed to finalize the settlement.

1051605\312250513.v1

**DATED:   December 30, 2022**

>   */s/ Logan G. Haine-Roberts*
>   Logan G. Haine-Roberts, Esquire
>   Florida Bar No. 112005
>   HINSHAW & CULBERTSON LLP
>   2525 Ponce de Leon Boulevard
>   Suite 400
>   Coral Gables, FL  33134
>   Email:lhaine-roberts@hinshawlaw.com
>   *Attorney for Plaintiff Allied Property*

2