**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY, a Foreign
Corporation,

    Plaintiff,

v.                                                               Case No. 3:22-cv-1072-TJC-JBT

C.C. BORDEN CONSTRUCTION,
INC., a Florida Corporation,
DUVAL GLASS & MIRROR, INC., a
Florida Corporation, MELISSA
PERRY, an individual, DENNIS
LASHBROOK, an individual,
ELIZABETH CONRAD, an
individual, INA FITZPATRICK, an
individual, JANET COWAN, an
individual, LAINIE RITTENOUR,
an individual, MADELEINE
MILNE, an individual, LAURA
PAZARENA, an individual,
MARILENN PUNSALAN, an
individual, SHANNON
SANDBERG, an individual, and
MICHELE BAGNOLI, an
individual,

    Defendants.

## O R D E R

The Court has been advised that this case has been settled (Doc. 7). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **March 6, 2023** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **March 6, 2023** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. Plaintiff is directed to provide a copy of this Order to all Defendants.

4. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 9th day of January, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record

2