**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY, a Foreign
Corporation,

    Plaintiff,

v.                                                                                          Case No. 3:22-cv-1072-TJC-JBT

C.C. BORDEN CONSTRUCTION,
INC., a Florida Corporation, DUVAL
GLASS & MIRROR, INC., a Florida
Corporation, MELISSA PERRY, an
individual, DENNIS LASHBROOK, an
individual, ELIZABETH CONRAD, an
individual, INA FITZPATRICK, an
individual, JANET COWAN, an
individual, LAINIE RITTENOUR, an
individual, MADELEINE MILNE, an
individual, LAURA PAZARENA, an
individual, MARILENN PUNSALAN,
an individual, SHANNON SANDBERG,
an individual, and MICHELE
BAGNOLI, an individual,

    Defendants.

## O R D E R

Upon review of Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 9), filed on March 9, 2023, this case is dismissed with prejudice. The Clerk should close the file.

2

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of March, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record